Date signed February 04, 2009



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MORRIS CAMPBELL | : | Case No. 08-21911PM |
| | : | Chapter 13 |
| Debtor | : | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | : | |

## MEMORANDUM OF DECISION

This case is before the court on the unopposed Amended Objection to the Proof of Claim filed by GMAC Mortgage, LLC. The Claim is based upon a purchasemoney deed of trust secured by property known as 2324 Etting Street, Baltimore, Maryland, 21217. Prior to the filing of this bankruptcy case under Chapter 13 on September 16, 2008, the Mayor and City Council of the City of Baltimore, pursuant to a Settlement Order dated July 31, 2008, agreed to the condemnation price of $49,500.00 for the property. That sum was thereupon deposited in the Circuit Court for Baltimore City in a case entitled, *Mayor and City Council of Baltimore, a municipal corporation, Plaintiff, v. Morris A. Campbell, et al., Defendants*, Case No. 24-C-07-006856. The secured Claim alleged to be held by GMAC Mortgage, LLC, attached to those proceeds with the same priority as on the condemned realty. Neither the proceeds nor the property are property of the estate. Therefore, GMAC Mortgage, LLC, does not have a secured claim against this Debtor.

An appropriate order will be entered.

cc:

Marilyn Cain Gordon, Esq., 7603 Georgia Avenue, NW, Suite 301, Washington DC 20012
GMAC Mortgage, LLC, Attn: Bankruptcy Department
      1100 Virginia Drive, POB 8300, Fort Washington, PA 19034
Morris Campbell, 1704 Dennis Court, Forestville, MD 20747
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902

**End of Memorandum**